# United States Court of Appeals
## For the First Circuit

No. 10-1738

INDUSTRIAL COMMUNICATIONS AND ELECTRONICS, INC.;
RCC ATLANTIC INC., d/b/a Unicel; U.S.C.O.C. OF NEW HAMPSHIRE RSA
#2, INC., d/b/a U.S. Cellular,

Plaintiffs, Appellees,

v.

TOWN OF ALTON, NEW HAMPSHIRE,

Defendant, Appellee.

_____

DAVID SLADE; MARILYN SLADE,

Intervenors, Appellants.

ERRATA

The opinion of this Court, issued on May 19, 2011, should be amended as follows.

On page 10, line 8 of 1st full paragraph, replace "claims be entitled" with "claims to be entitled".